**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Philadelphia Vision Cener of Penn Street, Inc., | Case No. 26-11301-PMM
| Chapter 7

*Debtor*.

**Praecipe to Withdraw Document**

To the Clerk of Court:

Please withdraw the Motion for Appointment of Consumer Privacy Ombudsman that was

filed on 04/03/2026 (ECF No. 7). Thank you.

Date: April 28, 2026                    SADEK LAW OFFICES, LLC
                                        *Attorney for Debtor*

                                        By: /s/ Brad J. Sadek, Esq.
                                            Brad J. Sadek, Esq.
                                            1500 JFK Boulevard, Suite 220
                                            Philadelphia, PA 19102
                                            215-545-0008
                                            brad@sadeklaw.com